# EXHIBIT 9

| | |
|---|---|
| **From:** | CLAUDIA PEREZ <perezcmx@pdvsa.com> |
| **Sent:** | Wednesday, January 24, 2018 2:15 PM |
| **To:** | Silverman, Joshua S |
| **Cc:** | Araujo, Carla; Kohl, Charity R; 'CARLOS COELLO'; Torres, Gustavo A; Pacheco, Leonardo D; 'PATRICIA LUGO'; 'EMIR MANRIQUE'; Rothleitner, Mark M; Pinotti, Oscar; Cowherd, Patrick; 'JAIDE QUINTANA'; 'ruzzai@pdvsa.com'; Bryant, Timothy J; 'MARITZA VALLEJO'; Ocando, Ysaura |
| **Subject:** | [EXTERNAL] Rm: soporte pago WEATHEFORD Diciembre 2017 |
| **Importance:** | High |

Good day,

Please find attached the payment evidence.

Thanks and regards

Claudia Pérez
Analista Financiero PDVSA
Ext:24168
Telf: 58 212 708 41 68
Fax: 58 212 708 14 41
e-mail: perezcmx@pdvsa.com

----- Remitido por CLAUDIA PEREZ/PEREZCMX/PDV/PDVSA con fecha 24/01/2018 03:13 p.m. -----

**HILDA SILVA/SILVAHG/SV/PDVSA**

24/01/2018 12:12 p.m.

Para CLAUDIA PEREZ/PEREZCMX/PDV/PDVSA@PDV, MARITZA VALLEJO/VALLEJOM/PDV/PDVSA@PDV, PATRICIA LUGO/LUGOPY/PDV/PDVSA@PDV, HUGO GARVETT/GARVETTHS/PDV/PDVSA@PDV, YUK TSE/TSEY/PDV/PDVSA@PDV

cc CARLOS COELLO/COELLOC/PDV/PDVSA@PDV, HILDA SILVA/SILVAHG/SV/PDVSA@PDV, MIGUEL BOLIVAR/BOLIVARMJ/PDV/PDVSA@PDV

Asunto soporte pago WEATHEFORD

1

 

| | |
|---|---|
| Descripción del Movimiento | TRF OOE0138A14493101 R/ HOLDING P/ WEATHERFORD SWITZERLAND T |
| Fecha de la Operación | 2018-01-18 |
| Fecha Valor | 2018-01-18 |
| Tipo Movimiento | EI09CMB |
| Importe | 13.618.376,22 EUR |
| Cód. Aplicación Emisora | B0777 |
| Cód. Iniciador de la operación | B0777 |

2