UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

WEATHERFORD SWITZERLAND TRADING
AND DEVELOPMENT GMBH, solely in its
capacity as Administrative Agent of a certain
indenture dated as of June 28, 2016, and
WEATHERFORD LATIN AMERICA, S.C.A.,

                Plaintiff,

    - against-                             Case No. 1:23-cv-10703

PETRÓLEOS DE VENEZUELA, S.A. and
PDVSA PETRÓLEO, S.A.,

                Defendants.

---------------------------------------x

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 1.4 of the Local Rules of the United States Court for the Southern District of New York, I, Kevin P. Broughel, hereby move this Court for leave to withdraw as one of the attorneys of record for Petróleos De Venezuela, S.A. and PDVSA Petróleo, S.A. (collectively, "Defendants") in the above-captioned action. In connection with my withdrawal as counsel, I further request that the clerk of the Court remove my name from the CM/ECF service list for this matter.

   In support of this motion, I state as follows:

    1.    I am a partner with the law firm Katten Muchin Rosenman LLP.  I am one of the attorneys of record for Defendants.

    2.    As of March 13, 2024, I am no longer associated with Paul Hastings LLP.

    3.    Following my withdrawal from Paul Hastings LLP and from this matter, Defendants will  continue  to be represented  by Paul Hastings LLP attorneys  Kurt Hansson, James Ferguson and Zachary Melvin.

4. The case is not set for trial. My withdrawal will not occasion a request for an extension of any deadlines in the case.

5. I am not asserting a retaining or charging lien in connection with my departure.

6. Pursuant to Local Rule 1.4, a copy of this motion is being served upon all parties.

Dated: April 22, 2024

By: *s/Kevin P. Broughel*
Kevin P. Broughel
Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, NY 10020
Telephone: 212.940.8800
Facsimile: 212.940.8774
Email: kevin.broughel@katten.com

*Attorneys for Defendants Petróleos De Venezuela, S.A. and PDVSA Petróleo, S.A.*