# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEATHERFORD SWITZERLAND TRADING AND DEVELOPMENT GMBH, solely in its capacity as Administrative Agent of a certain indenture dated as of June 28, 2016, and WEATHERFORD LATIN AMERICA, S.C.A., <br><br> Plaintiffs, <br><br> v. <br><br> PETRÓLEOS DE VENEZUELA, S.A. and PDVSA PETRÓLEO, S.A., <br><br> Defendants. | Case No.: 1:23-cv-10703 |

**[PROPOSED] JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs Weatherford Switzerland Trading and Development GMBH and Weatherford Latin America, S.C.A. in the amount of $148,329,083.22, plus an amount representing pre-judgment interest to be calculated by the Clerk at the rate of $21,366.55 per day starting on July 17, 2021 through the date judgment is entered. Post-judgment interest shall accrue at the rate of 8.5% per annum.

Dated: _____
   New York, New York

_____
Hon. Lewis J. Liman
United States District Judge

1