UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

WEATHERFORD SWITZERLAND TRADING
AND DEVELOPMENT GMBH, solely in its
capacity as Administrative Agent of a certain
indenture dated as of June 28, 2016;
WEATHERFORD LATIN AMERICA, S.C.A.,

: Case No.: 1:23-cv-10703

:

Hon. Lewis J. Liman

:

Plaintiffs,

:

v.

:

PETRÓLEOS DE VENEZUELA, S.A. AND
PDVSA PETRÓLEO, S.A.,

:

Defendants.

:

------------------------------------------------------------- X

## JUDGMENT

WHEREAS, Plaintiffs moved for summary judgment and Defendants responded that they do not oppose the entry of judgment in Plaintiff Weatherford Latin America, S.C.A.'s favor for unpaid principal and interest but reserved the right to object to the amount and method of calculation of interest after Plaintiff submits a proposed judgment; and

WHEREAS Plaintiffs and Defendants submitted competing proposed judgments, and the Court received briefing and heard argument concerning the competing proposed judgments;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Weatherford Latin America, S.C.A. against Defendants Petróleos de Venezuela, S.A., and PDVSA Petróleo, S.A., joint and severally in the amount of $ $149,546,976.40  .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that post-judgment interest from the date of this judgment will accrue at 8.5% per annum computed on the basis of actual number of days elapsed on a year of 365 days.

Dated: September 11, 2025
New York, New York

                                            Hon. Lewis J. Liman
                                            United States District Judge